EUGENE RYU, Bar No. 209104
Gene.Ryu@klgates.com
CARTER L. NORFLEET, Bar No. 318152
Carter.Norfleet@klgates.com
CASSIDY T. STEWART, Bar No. 342891
Cassidy.Stewart@klgates.com
**K&L GATES LLP**
10100 Santa Monica Blvd.
8th Floor
Los Angeles, CA  90067
Telephone:310.553.5000
Fax No.:    310.553.5001

Attorneys for Defendant LABORATORY
CORPORATION OF AMERICA
HOLDINGS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODEL BECARES,<br><br>                 Plaintiff,<br><br>       v.<br><br>LABORATORY CORPORATION OF AMERICA, a Delaware stock corporation; and DOES 1–30, inclusive,<br><br>                 Defendants. | Case No. 3:25-cv-02870-TWR-MMP<br><br>DEFENDANT LABORATORY CORPORATION OF AMERICA HOLDINGS' NOTICE OF APPEAL |

1613387693.1

DEFENDANT'S NOTICE OF APPEAL

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Defendant Laboratory Corporation of America Holdings (incorrectly named as Laboratory Corporation of America), a Delaware stock corporation, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Motion to Compel Arbitration (ECF No. 6), entered as Document 13 in this action on May 15, 2026, by the Honorable Todd W. Robinson, United States District Judge. A true and correct copy of the Order is attached hereto as **Exhibit A**.

This appeal is taken pursuant to 9 U.S.C. § 16(a)(1)(A) and § 16(a)(1)(B), which authorize an interlocutory appeal as of right from an order refusing a stay of an action and denying a petition to compel arbitration, respectively.

Respectfully submitted,

Dated: June 12, 2026

By: _____
Eugene Ryu
Carter L. Norfleet
Cassidy T. Stewart
K&L GATES LLP
Attorneys for Defendant
LABORATORY CORPORATION
OF AMERICA HOLDINGS

1613387693.1

1
DEFENDANT'S NOTICE OF APPEAL